UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 22-840 (ES) |
| v. | ORDER FOR CONTINUANCE |
| ALEXANDRA STCHASTLIVTSEVA, | |
| Defendant. | |

This matter having come before the Court on the joint application of the United States, by Alina Habba, Acting Unites States Attorney for the District of New Jersey (by Darren C. Halverson, Trial Attorney, appearing); and the Defendant being represented by David Eskew, Esq. and Kenneth Abell, Esq., for an order granting a continuance of proceedings in the above-captioned matter; and the defendant being aware that she has the right to have this matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1); and the defendant having requested such continuance and having waived such right; and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The failure to grant a continuance would deny counsel for the defendant and counsel for the Government the reasonable time necessary for effective preparation for trial, taking into account the exercise of due diligence.

2. The parties have been engaged in extensive discovery including the production of voluminous banking records, Medicare documents and data, email records, doctors' orders, and text message records.

3. The parties have further engaged in extensive plea discussions.

4. As a result of the foregoing, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 4th day of August, 2025,

ORDERED that this action be, and hereby is, continued until September 30, 2025; and it is further

ORDERED that the period from July 31, 2025 through September 30, 2025 be and it hereby is excluded in computing time under the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*

_____
HONORABLE ESTHER SALAS
United States District Judge

Consented to as to form and entry:

*/s/ Darren C. Halverson*
DARREN C. HALVERSON
Trial Attorney

 */s/ David Eskew*
DAVID ESKEW, ESQ.
KENNETH ABELL, ESQ.
Counsel for defendant